# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH MILLS, AN INDIVIDUA; AND
PEGGY MILLS, AN INDIVIDUAL,
                    Appellants,
            vs.
SUPERIOR TRAFFIC SERVICES
CORP.,
                    Respondent.

No. 84523

FILED

OCT 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL AS ABANDONED*

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellants to file a stipulation or motion to dismiss this appeal or otherwise inform this court of the status of this appeal within 30 days. To date, appellants have not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal as abandoned.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Joseph Hardy, Jr., District Judge
      John Walter Boyer, Settlement Judge
      Clear Counsel Law Group
      Springel & Fink, LLP
      Lemons, Grundy & Eisenberg
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

22-33403